Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA 94102
Phone: 415.255.0462
Fax: 415.431.4526
rlaw345@gmail.com

Counsel for Plaintiff
**GAIL MORALES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>CAL ECONNECT, INC., et al.,<br><br>    Defendants.<br>_____/ | Case No.   15-CV-4383-CRB<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN INDIVIDUAL DEFENDANTS DONALD CRANE, DAVID LANSKY, AND DAVID JOYNER, WITHOUT PREJUDICE**<br><br>**ORDER**<br><br>[Jury Trial Demanded] |

THE PARTIES HERETO, THROUGH COUNSEL OF RECORD, HEREBY AGREE AND STIPULATE AS FOLLOWS:

This is an employment-related case filed in State Court by Plaintiff Gail Morales on September 2, 2014.

All named Defendants joined in and consented to removal of the action pursuant to 28 USC section 1446(b)(2), and this action was removed to federal court on September 24, 2015.

The parties hereto, through counsel of record, hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 41(a), that the following named defendants shall be dismissed without prejudice: Donald Crane, David Lansky, and David Joyner.

Each party to this stipulation agrees that in exchange for dismissal, each shall bear his/her own costs of suit and attorneys' fees expended as to the dismissed defendants, only; and, that each of the dismissed defendants will appear at deposition pursuant to reasonable notice and without the need to subpoena or to pay a witness fee, on dates, and at times and

1  places mutually agreed upon.  The location of these depositions will be pursuant to Federal

2  Rules of Civil Procedure, Rule 45.

3  After dismissal of these three defendants, the named parties remaining are Plaintiff Gail

4  Morales and Defendants Cal eConnect, Inc., and Laura Landry.

6  Date:   September __, 2015                              */s/ Russell A. Robinson*
                                                           By:    Russell A. Robinson
7                                                          Law Office of Russell A. Robinson
                                                           Counsel for Plaintiff
8                                                          **GAIL MORALES**

10 Date:   September __, 2015                              */s/*
                                                           By:    Lauren M. Cooper, Esq.
11                                                         Villarreal Hutner PC
                                                           Counsel for Defendants
12                                                         CAL eCONNECT, INC., LAURA LANDRY,
                                                           DONALD CRANE, DAVID LANSKY, and
13                                                         DAVID JOYNER

27 / / /

**ORDER**

Good cause appearing, the Court hereby orders as follows:

The parties' stipulation is hereby adopted as the Order of this Court.  Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Defendants Donald Crane, David Lansky, and David Joyner shall be and are hereby dismissed from this action, without prejudice: .

Each party to this stipulation shall bear his/her own costs of suit and attorneys' fees expended as to the dismissed defendants, only; and, each of the dismissed defendants will appear at deposition pursuant to reasonable notice to defense counsel and without the need to subpoena or to pay a witness fee, on dates, and at times and places mutually agreed upon. The location of these depositions will be pursuant to Federal Rules of Civil Procedure, Rule 45.

**IT IS SO ORDERED.**

Date:   October 6, 2015

Honorable CHARLES R. BREYER
Judge, United States District Court