**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MORALES, | No. C15-04383 CRB |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO PARTIALLY DISMISS** |
| v. | |
| CAL ECONNECT, INC. ET AL, | |
| Defendants. | |

The Court finds this matter suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), and VACATES the hearing currently set for Friday, December 11, 2015.  Defendants' motion to partially dismiss the complaint (dkt. 22) is GRANTED as to the First Cause of Action against Defendant Landry and DENIED in all other respects.

**IT IS SO ORDERED.**

Dated: December 10, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE