**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MORALES, | No. C15-04383 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAL ECONNECT, INC. ET AL, | |
| Defendants. | |

Defendants removed this case from the Superior Court of California, County of Alameda, on the basis of federal question jurisdiction. See Notice of Removal (dkt. 1) ¶ 5. The Court subsequently dismissed the first cause of action, which was the only federal claim in the Complaint. See Order Granting in Part and Denying in Part Motion to Partially Dismiss (dkt. 26); Notice of Removal Ex. 1 ¶¶ 28–36. Accordingly, the Court ORDERS the parties to show cause by Friday, January 29, 2016, whether any other basis exists for the Court's jurisdiction, aside from supplemental jurisdiction, which the Court may decline. See 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**

Dated: January 22, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE